**PAUL S. BRENNER**
Attorney at Law
401 Broadway Ste 306
New York, NY 10013
212-431-4880
Fax - 212-966-0588
Boomer401@aol.com

April 10, 2008

Judge Miriam Goldman Cedarbaum
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1330
New York, NY 10007

                                            RE:    *U.S. v. Jason Neal*
                                                        1:08-MJ-00085-UA

Dear Judge Cedarbaum:

      I represent Jason Neal in the above referenced matter. This case is scheduled for pre-trial conference on April 14, 2008. I am unable to appear on that date.

      I respectfully request that this matter be adjourned until April 21, 2008, or any time thereafter convenient to the court.

      Thanking you in advance for your consideration of this request.

                                                                Very truly yours,

                                                                /s/
                                                              PAUL S. BRENNER

PSB/iel
Via ECF